Deverie J. Christensen, Esq.
Nevada Bar No. 6596
I-Che Lai, Esq.
Nevada Bar No. 12247
**JACKSON LEWIS P.C.**
300 South Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Email: deverie.christensen@jacksonlewis.com
Email: i-che.lai@jacksonlewis.com

*Attorneys for Defendant JT4, LLC*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| JOHNNY L. Hill, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JT4, L.L.C., a foreign limited liability company,<br><br>Defendant. | Case No. 2:25-cv-01118-JAD-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 23 |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Johnny L. Hill, in Proper Person, and Defendant JT4, L.L.C., by and through its counsel, the law firm of Jackson

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Lewis P.C., that pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), the above entitled action is hereby dismissed with prejudice, with each party to bear their own attorney's fees and costs.

Dated this ___20th___ day of ~~March,~~ April 2026.

Johnny L. Hill
8501 West University Avenue, Unit #2046
Las Vegas, Nevada 89147

*Pro Se Plaintiff*

Deverie J. Christensen
Deverie J. Christensen, No. 6596
I-Che Lai, No. 12247
JACKSON LEWIS P.C.
300 South Fourth Street, Suite 900
Las Vegas, Nevada 89101

*Attorneys for Defendant*
*JT4, LLC*

## ORDER

Based on the parties' stipulation **[ECF No. 23]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: April 23, 2026

Jackson Lewis P.C.
Las Vegas

2